UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated, | Civ. No. 24-1494 (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Carhartt Inc., d/b/a Carhartt Retail LLC, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Notice of Dismissal with Prejudice. (Docket No. 7.) The Rules allow a plaintiff to dismiss an action without Court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Although a voluntary dismissal is effective without Court order, Plaintiff requests a dismissal with prejudice, which requires an order to accomplish.

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   June 21, 2024

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge