# UNITED STATES DISTRICT COURT
## District of Minnesota

Julie Dalton

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.   Case Number: 24-cv-01494-PAM-TNL

Carhartt Inc.

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED with prejudice** and without costs or disbursements to any party.

Date: 6/25/2024                                                                 KATE M. FOGARTY, CLERK